UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>J. SCALIA, A. FRITZ,<br>B. HACKWORTH, J. CAMPOS,<br>A. ARANDA, and DOES 1-4,<br><br>    Defendants. | Case No. 1:18-cv-00061-DAD-JDP<br><br>ORDER DENYING MOTION FOR SETTLEMENT<br><br>ECF No. 28 |

    Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On April 26, 2019, plaintiff filed the instant motion requesting a settlement conference. ECF No. 28. On August 7, 2019, I ordered the defendants to answer plaintiff's motion after discussing whether settlement may be feasible. ECF No. 32. On September 6, 2019, defendants responded. ECF No. 33.

    Plaintiff fails to state with particularity the grounds for his motion. *See* Fed. R. Civ. P. 7(b)(1)(B). Defendants, after meeting with plaintiff and briefly discussing the settlement issue, do not believe that a formal settlement conference would be productive. While I appreciate that settlement discussions may be helpful in many cases, I will not force defendants to engage in a formal settlement conference at this time. The parties are encouraged to continue informal

1

settlement discussions and may re-raise the issue of a formal settlement conference at any time. For these reasons, I deny plaintiff's motion, ECF No. 28, without prejudice.

IT IS SO ORDERED.

Dated: September 19, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 204