IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL JOHNSON,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>J. SCALIA, *et al.*,<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:18-cv-00061-DAD-JDP<br><br>ORDER GRANTING MOTION TO MODIFY THE SCHEDULING ORDER<br><br>ECF No. 35 |

On November 8, 2019, defendants sought a seven-day extension of time to file a motion for summary judgment. Good cause having been shown, defendants' request is granted. The motion is due no later than November 19, 2019.

IT IS SO ORDERED.

Dated: ___November 13, 2019___　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 204.