IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL JOHNSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>J. SCALIA, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 1:18-cv-00061-DAD-JDP<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO MODIFY THE SCHEDULING ORDER<br><br>ECF No. 37 |

On November 19, 2019, Defendants sought an additional seven-day extension of time to file a motion for summary judgment. Good cause having been shown, Defendants' request is granted. The motion is due no later than November 26, 2019.

IT IS SO ORDERED.

Dated: 　November 21, 2019　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 204