UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>J. SCALIA, et al.,<br><br>    Defendants. | No. 1:18-cv-00061-DAD-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 44) |

Plaintiff Carl Johnson is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 11, 2020, the then-assigned magistrate judge issued findings and recommendations, recommending that defendants' unchallenged motion for summary judgment (Doc. No. 41) be granted and that this case be closed with judgment being entered in favor of defendants. (Doc. No. 44.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within thirty (30) days after service of the findings and recommendations. (*Id*. at 6.) To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings

1

and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on September 11, 2020 (Doc. No. 44) are adopted in full;

2. Defendants' motion for summary judgment (Doc. No. 41) is granted; and,

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **March 11, 2021**

_____
UNITED STATES DISTRICT JUDGE